JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY JONES, | Case No. CV 21-1685-CAS (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES SHERIFFS DEPT., ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 11, 2021

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
United States District Judge